UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                    )        CHAPTER 13
Conchitter Hightower Gardner,             )
                                          )        CASE NO.: 16-10063-WHD
                                          )
            DEBTOR.                       )

## MOTION TO DISMISS

COMES NOW Melissa J. Davey, Trustee in the above styled matter, and respectfully shows the

Court as follows:

1. Debtor has filed a petition for relief under Chapter 13.

2. Debtor has failed to comply with this Court's Order requiring regular monthly Plan payments.
   Debtor should have paid $5,554.00. Debtor has paid a total of $4,835.00, causing a
   delinquency of $719.00. Debtor's Plan violates 11 U.S.C. §§ 1307(c)(1) and 1307(c)(6).

3. Debtor's Plan will exceed 60 months, in violation of 11 U.S.C. §§ 1307(c)(1) and 1307(c)(6);
   see also 11 U.S.C. § 1322(d).

WHEREFORE, Trustee respectfully requests this case be dismissed.

Dated: November 17, 2017                          Prepared and Presented by:

                                                  /s/ _____

                                                  Jonathan S. Adams
                                                  Attorney for Chapter 13 Trustee
                                                  GA Bar No. 979073
                                                  260 Peachtree Street, NW, Suite 200
                                                  Atlanta, GA 30303
                                                  (678) 510-1444 Phone
                                                  (678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                         )        CHAPTER 13
Conchitter Hightower Gardner,                  )
                                               )        CASE NO.: 16-10063-WHD
                                               )
                                               )
                      DEBTOR.                  )

### NOTICE OF HEARING ON MOTION TO DISMISS

A hearing on the Chapter 13 Trustee's Motion to Dismiss will be held December 21, 2017 at

9:15 am at the United States Courthouse in the 2nd Floor Courtroom, 18 Greenville Street, Newnan, GA

30263.

All written objections shall state the grounds therefor and shall be filed with the Clerk, United

States Bankruptcy Court: 18 Greenville Street, 2nd Floor, Newnan, GA 30263.

A copy of any objection should be furnished to the Chapter 13 Trustee:

Melissa J. Davey, Standing Chapter 13 Trustee, 260 Peachtree St NW, Suite 200, Atlanta, GA 30303.

Dated: November 17, 2017

Prepared and Presented by:

/s/ _____

Jonathan S. Adams
Attorney for Chapter 13 Trustee
GA Bar No. 979073
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                      )        CHAPTER 13

Conchitter Hightower Gardner,               )
                                            )        CASE NO.: 16-10063-WHD
                                            )
                                            )
                     DEBTOR.                )

### CERTIFICATE OF SERVICE

This is to certify that I have this day served:

      DEBTOR(S):

      CONCHITTER HIGHTOWER GARDNER
      548 N. 3RD ST.
      GRIFFIN, GA  30223

      DEBTOR(S) ATTORNEY:

      THE COCHRAN FIRM BKR, LLP
      SUITE 150
      547 PONCE DE LEON AVENUE
      ATLANTA, GA  30308

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on the Motion to

Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope

with adequate postage thereon.

      November 17, 2017

Prepared and Presented by:

/s/

Jonathan S. Adams
Attorney for Chapter 13 Trustee
GA Bar No. 979073
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax