UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING ORDER ENTERED ON DOCKET ON 2/27/18**

CASE NO.:      16-10063-WHD

DEBTOR:        CONCHITTER HIGHTOWER GARDNER

**TRUSTEE TO REPORT BACK**

WHETHER DEBTOR'S PAYMENTS ARE CURRENT.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

RECOMMENDS DISMISSAL BECAUSE: THE DEBTOR HAS FAILED TO COMPLY WITH THE PAYMENT TERMS OF THE ABOVE-STATED ORDER; THE TRUSTEE HAS NOT RECEIVED ANY PLAN PAYMENTS IN THIS CASE SINCE 3/22/18.

PLEASE ENTER AN ORDER OF DISMISSAL.

June _____, 2018

　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　Melissa J. Davey
　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　GA Bar No. 206310

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

16-10063-WHD

# CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR:

Conchitter Hightower Gardner
548 N. 3rd St.
Griffin, GA 30223

ATTORNEY FOR DEBTOR:

Nicole R. Stanton
The Cochran Firm Bkr, LLP
Suite 150
547 Ponce de Leon Avenue
Atlanta, GA 30308

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This _____ day of June, 2018.

/s/_____
Melissa J. Davey
Chapter 13 Trustee
GA Bar No. 206310

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444